✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America
ex rel. Michael Dunn,
          Plaintiff,

V.

North Memorial Health Care &
North Memorial Medical Center

          Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number:  10-cv-4673 MJD/AJB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendants' Motion to Dismiss [Docket No. 33] is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**.

December 14, 2012
Date

RICHARD D. SLETTEN, CLERK

s/ Katie Thompson
(By)  Katie Thompson  Deputy Clerk